# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **Paul Farrow, Jr.** )<br> )<br> **Plaintiff,** )<br> )<br> vs. )<br> )<br> **D. Vice, John Doe, Kay Young.** )<br> )<br> **Defendants.** ) | **Case Number: 19-2239** |

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**.   This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this case is dismissed.

**Dated:   11/15/2019**

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court